BAUDIN
vs.
DUBOURG &
BARON.

*BAUDIN* vs. *DUBOURG & BARON.*

APPEAL from the court of the first district.

When the defendant is sued as *attorney in fact*, and the judgment is general, the judgment does not affect the defendant in his own right.

A mistake in the report of referees cannot be assigned as error.

MARTIN, J., delivered the opinion of the court. This case is before us on an assignment of error, by the defendants and appellants.

1. The judgment is against the defendants, while on the transaction complained of, they were not principals, but only attorneys in fact or agents.

2. That the sum of $700, admitted by the plaintiff to have been received, was not allowed in compensation.

We are of opinion the appellants cannot be relieved on either of these points. They are sued as attorneys in fact, and nothing on the record shows that the plaintiff meant to recover from them in any other capacity. The judgment therefore must be taken *secundum allegata*, and the relief obtained confined to the capacity the petition gives them; as if sued as executors, curators, &c.

The case was submitted to referees; if they

erred, their report ought to have been object-
ed to: and while they were silent, the court
could not *ex officio* take notice of the error.
The errors which may be assigned as ap-
parent are only those into which the court
itself falls, not those of referees, which are
always cured by the submission of the party
without objection.

It is therefore ordered, adjudged, and de-
creed that the judgment of the district court
be affirmed with costs.

*Moreau* for the plaintiff, *Cuvillier* for the
defendant.